UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSHUA ALLEN MCLEMORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:21-cv-00478-JPH-TAB |
| MATT MEYERS, BARTHOLOMEW COUNTY INDIANA, BARTHOLOMEW COUNTY SHERIFFS DEPARTMENT, | ) ) ) ) ) ) |
| Defendants. | ) |

**Order Dismissing Case and Directing Entry of Final Judgment**

On March 4, 2021, the Court denied plaintiff, Joshua McLemore's, motion to proceed *in forma pauperis* because he had failed to include a copy of his trust account transactions and dismissed his complaint for failure to state a claim. Dkt. 5. The Court provided Mr. McLemore through April 5, 2021, to file an amended complaint and submit a copy of his trust account transactions for the six-month period preceding the filing of this action. *Id.* That order was returned to the Court because Mr. McLemore had been released from the Bartholomew County Jail. The Court resent the order to an address found through mycase.in.gov, and warned Mr. McLemore that failure to update his address could result in the dismissal of his case for failure to prosecute. Dkt. 9. The deadline to file an amended complaint and file his trust account statement or pay the filing fee has passed without Mr. McLemore doing so or otherwise responding to the Court's orders. Because Mr. McLemore has abandoned this action, it is **dismissed** for failure to prosecute. Given the early stage of this case, the dismissal is without prejudice. *See Hill v. United States*, 762 F.3d 589, 591 (7th Cir. 2014).

Final judgment in accordance with this order shall now issue.

**SO ORDERED.**

Date: 5/10/2021

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JOSHUA ALLEN MCLEMORE
682 Clifty Lane-A
Columbus, IN 47201